UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ANGEL ACOSTA on behalf of himself and all other
Persons similarly situated,

                                                                                                18-CV-6344 RRM-SIL

                            Plaintiff(s)
   -against-                                                    **Consent Order**
                                                                         **Granting Substitution**
                                                                         **of Attorney**

MATTEO'S RESTAURANT MANAGEMENT
GROUP LLC, MRG 2008 B LLC d/b/a Matteo's,
GENNARO SBARRO and ANNA MISSANO-
SBARRO,

                                           Defendants.
------------------------------------------------------------------x

Notice is hereby given that, subject to approval by the court, Defendants MATTEO'S RESTAURANT MANAGEMENT GROUP LLC, MRG 2008 B LLC d/b/a Matteo's, GENNARO SBARRO and ANNA MISSANO-SBARRO, substitute Sima Ali, State Bar No. SA 4423 as counsel of record in place of Stuart Steinberg.

Contact Information for new counsel is as follows:

    Firm Name:   <u>Ali Law Group, P.C.</u>
    Address:     <u>11 Prospect Street Suite 1a, Huntington, N.Y. 11743</u>
    Phone/Fax:  <u>631-423-3440</u>
    Email:       <u>Sima.Ali@alilawgroup.com</u>

Dated: August 22, 2019
       Huntington, New York

I consent to being substituted.

_____
**Stuart Steinberg**

I consent to the substitution.

_____
**Sima Ali**

The substitution of attorney is hereby approved and so ORDRED.

_____
**Judge Steven I. Locke**